IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MICHAEL EUGENE HUNT,
          Plaintiff,
    v.                                     **Judgment in a Civil Case**
GLADYS, CASSESE; PAUL TAYLOR;
DON HUNT; ROSE LOCKLEAR;
HUGHES OXENDINE; HORACE C.
SUTTON, JR. SANDRA F. THOMAS;
PAUL SMITH,
          Defendants.                 Case Number: 5:10-CT-3132-D

**Decision by Court.**

This action came before the Honorable James D. Dever III, Chief United States District Judge, for consideration of the defendants' motion for judgment on the pleadings.

**IT IS ORDERED AND ADJUDGED** that defendants' motions for judgment on the pleadings are granted and this action is hereby dismissed.

This Judgment Filed and Entered on December 8, 2011, with service on:
Michael Eugene Hunt 0197963, Polk Correctional Institution, P.O. Box 2500, Butner, NC 27509 (via U.S. Mail)
Elizabeth F. Parsons (via CM/ECF Notice of Electronic Filing)

December 8, 2011                              /s/ Dennis P. Iavarone
                                                  Clerk

Raleigh, North Carolina